An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID LEE PHILLIPS, ESQ.,
Appellant,
vs.
PAMELA BURFORD, AN INDIVIDUAL;
AND AURI ALLEN, AN INDIVIDUAL,
Respondents.

No. 65605

**FILED**

OCT 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order, entered after a show cause hearing, finding that appellant intentionally failed to comply with a prior court order and directing that he take certain actions. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

When our preliminary review of this appeal revealed two potential jurisdictional defects, we ordered appellant to show cause, within 15 days, why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that appellant, who was respondents' original attorney below, was not a party entitled to appeal. NRAP 3A(a); *Albert D. Massi, Ltd. v. Bellmyre*, 111 Nev. 1520, 1521, 908 P.2d 705, 706 (1995) (recognizing that "an attorney representing a client in a case is not a party to the action and does not have standing to appeal"). Further, it appeared that the district court's order, which continued the contempt matter pending further actions and hearing, was not final or substantively appealable. NRAP 3A(b); *Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 571 (2000) (explaining that contempt orders are not substantively appealable). Our show cause order cautioned

SUPREME COURT
OF
NEVADA

(O) 1947A

14-35603

appellant that failure to demonstrate jurisdiction could result in the dismissal of this appeal.

To date, appellant has not responded to our show cause order or otherwise demonstrated that we have jurisdiction over this appeal. Accordingly, as we lack jurisdiction, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Elissa F. Cadish, District Judge
David Lee Phillips & Associates
Sean Claggett & Associates, Inc.
Eighth District Court Clerk